# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF OHIO, A. PHILIP RANDOLPH INSTITUTE OF OHIO, GEORGE W. MANGENI, and CAROLYN E. CAMPBELL, | Civil Action No.: 20-cv-3843 |
| Plaintiffs, | JUDGE Michael Watson |
| v. | |
| FRANK LAROSE, in his official capacity as Secretary of State of Ohio, | |
| Defendant. | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF C. WILLIAM PHILLIPS

Pursuant to Local Civil Rule 83.3(e) of the Rules of the United States District Court for the Southern District of Ohio, I hereby move the admission, *pro hac vice*, of C. William Phillips, of Covington & Burling, LLP as additional counsel for Plaintiffs in this case. A Certificate of Good Standing from the New York Supreme Court, Appellate Division, First Judicial Department is submitted in support of this Motion.[1]

Mr. Phillips understands that, unless expressly excused, he must register for electronic filing with the Court promptly upon the granting of this Motion.

Mr. Phillip's relevant identifying information is a follows:

Business address: 620 Eighth Avenue, New York, NY 10018-1405

---

[1] The New York Court of Appeals, the highest court in New York, does not issue Certificates of Good Standing. New York attorneys obtain those certificates from the Appellate Division of the Judicial Department in which they were admitted to the bar.

Business telephone: (212) 841-1000
Business fax: (212) 841-1010
Business email address: cphillips@cov.com

Dated: July 31, 2020                                  Respectfully submitted,

                                                                           */s/ Freda Levenson*

                                                                           Freda Levenson (0045916)
                                                                           ACLU of Ohio Foundation
                                                                           4506 Chester Avenue
                                                                           Cleveland, OH 44103
                                                                           Phone: 614-586-1969
                                                                           Fax: 614-586-1974
                                                                           flevenson@acluohio.org

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed this 31st day of July, 2020, through the Court's Electronic Filing System. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<em>/s/ Freda Levenson</em>