**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Frank LaRose
Secretary of State
22 N. 4th St., 16th Floor
Columbus, OH 43215

9590 9402 1949 6123 8324 17

2. Article Number *(Transfer from service label)*

7018 2290 0000 2694 8525

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Richard White
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery



2020 AUG 10 PM 2:59
U.S. DISTRICT COURT
EASTERN DIST. OHIO
EAST. V. COLUMBUS

FILED
RICHARD W. NAGEL
CLERK OF COURT

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt



9590 9402 1949 6123 8324 17

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Clerk, U.S. District Court
Southern District of Ohio
Joseph P. Kinneary U.S. Courthouse
Room 121
85 Marconi Blvd.
Columbus, OH 43215

Case No. 2:20-cv-3843  Watson

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70182290000026948525

Remove ✕

Your item was picked up at a postal facility at 10:01 am on August 6, 2020 in COLUMBUS, OH 43216.

## ✓ Delivered

August 6, 2020 at 10:01 am
Delivered, Individual Picked Up at Postal Facility
COLUMBUS, OH 43216

Get Updates ⌄

Feedback

## Text & Email Updates ⌄

## Tracking History ⌃

**August 6, 2020, 10:01 am**
Delivered, Individual Picked Up at Postal Facility
COLUMBUS, OH 43216
Your item was picked up at a postal facility at 10:01 am on August 6, 2020 in COLUMBUS, OH 43216.

**August 5, 2020, 5:21 am**
Departed USPS Regional Facility
COLUMBUS OH DISTRIBUTION CENTER

**August 4, 2020, 11:09 pm**
Arrived at USPS Regional Facility
COLUMBUS OH DISTRIBUTION CENTER

---

**Product Information** 

---

**See Less ^**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback