# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **LEAGUE OF WOMEN VOTERS OF OHIO, A. PHILIP RANDOLPH INSTITUTE OF OHIO, GEORGE W. MANGENI, and CAROLYN E. CAMPBELL,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**FRANK LAROSE, in his official capacity as Secretary of State of Ohio,**<br><br>**Defendant.** | CASE NO. 20-cv-3843-MHW-KAJ<br><br>JUDGE MICHAEL WATSON<br><br>MAGISTRATE JUDGE KIMBERLY JOLSON |

## [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITATION

Now before the Court is the motion of Plaintiffs seeking leave to exceed the 20-page limitation set forth by Local Rule 7.2(a)(3) and this Court's Standing Orders. Plaintiffs have indicated that Defendant does not oppose the motion to exceed the page limitation and that Plaintiffs' memorandum in support of their motion for a preliminary injunction will not exceed 45 pages. Upon consideration of the papers submitted to the Court, and for good cause shown, the Court hereby GRANTS the motion. IT IS THEREFORE ORDERED that Plaintiffs shall have leave to exceed the page limitations set forth by Local Rule and this Court's Standing Orders.

_____
DATE

_____
KIMBERLY JOLSON
UNITED STATES MAGISTRATE JUDGE