# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **LEAGUE OF WOMEN VOTERS OF OHIO, A. PHILIP RANDOLPH INSTITUTE OF OHIO, GEORGE W. MANGENI, and CAROLYN E. CAMPBELL,** | |
| **Plaintiffs,** | **Case No. 2:20-cv-3843-MHW-KAJ** |
| v. | **Judge Michael H. Watson** |
| **FRANK LAROSE, in his official capacity as Secretary of State of Ohio,** | **Magistrate Judge Kimberly A. Jolson** |
| **Defendant.** | |

## NOTICE OF APPEARANCE

Please take notice that M. Ryan Harmanis hereby enters his appearance as counsel in this matter for proposed intervenor-defendants Donald J. Trump for President, Inc., the Ohio Republican Party, the Republican National Committee, and the National Republican Congressional Committee.  Counsel is admitted to practice in the State of Ohio and in the Southern District of Ohio.

August 17, 2020

Respectfully submitted,

*/s/ M. Ryan Harmanis*
M. Ryan Harmanis (Ohio Bar #0093642)
   *Trial Attorney*
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, Ohio  43215-2673
Telephone:  (614) 469-3939
rharmanis@jonesday.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 17, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all counsel of record.

                                                */s/ M. Ryan Harmanis*
                                                *Counsel for Proposed Intervenor-Defendants*