**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**League of Women Voters of Ohio,** *et al.***,**

        **Plaintiffs,**　　　　　　　　　　Case No. 2:20–cv–3843
　　　　　　　　　　　　　　　　　　　　Judge Michael H. Watson
  v.　　　　　　　　　　　　　　　　　Magistrate Judge Jolson

**Frank LaRose,**

        **Defendant.**

## ORDER

Plaintiffs have filed an unopposed motion for leave to exceed the Court's page limitation for a motion for a preliminary injunction they intend to file. ECF No. 14. For good cause shown, the Court **GRANTS** Plaintiffs' motion. Plaintiffs' motion may be up to 40 pages in length. Defendant is granted the same increased page limit for any response he may file.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　*/s/Michael H. Watson*_____
　　　　　　　　　　　　　　　　　　**MICHAEL H. WATSON, JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT**