IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF OHIO, A. PHILIP RANDOLPH INSTITUTE OF OHIO, GEORGE W. MANGENI, and CAROLYN E. CAMPBELL, <br><br>  Plaintiffs, <br><br> v. <br><br> FRANK LAROSE, in his official capacity as Secretary of State of Ohio, <br><br>  Defendant. | Case No. 2:20-cv-3843-MHW-KAJ <br><br> Judge Michael H. Watson <br><br> Magistrate Judge Kimberly A. Jolson |

## MOTION FOR ADMISSION OF E. STEWART CROSLAND *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Ryan Harmanis, trial attorney for Donald J. Trump for President, Inc., the Ohio Republican Party, the Republican National Committee, and the National Republican Congressional Committee (the "Republican Committees") in the above-referenced action, hereby moves the Court to admit E. Stewart Crosland, *pro hac vice* to appear and participate as co-counsel in this case for the Republican Committees.

Movant represents that Mr. Crosland is an Associate with the law firm of Jones Day and a member in good standing of the highest court of Washington, D.C., as attested by the accompanying certificate from that court. Mr. Crosland is not eligible to become a member of the permanent bar of this court. This motion is accompanied by the required filing fee.

Mr. Crosland's relevant identifying information is as follows:

    E. Stewart Crosland
    JONES DAY
    51 Louisiana Avenue, N.W.
    Washington, D.C. 20001
    Phone: (202) 879-3939

Fax: (202) 626-1700
scrosland@jonesday.com

August 19, 2020

Respectfully submitted,

*/s/ M. Ryan Harmanis*
M. Ryan Harmanis (0093642)
    *Trial Attorney*
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, Ohio  43215-2673
Telephone:  (614) 469-3939
rharmanis@jonesday.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all counsel of record.

                                             */s/ M. Ryan Harmanis*
                                             *Counsel for Proposed Intervenor-Defendants*