# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF OHIO, A. PHILIP RANDOLPH INSTITUTE OF OHIO, GEORGE W. MANGENI, and CAROLYN E. CAMPBELL**,** | Civil Action No.: 20-cv-3843 |
| Plaintiffs, | Judge Michael H. Watson |
| v. | Magistrate Judge Kimberly A. Jolson |
| FRANK LAROSE, in his official capacity as Secretary of State of Ohio, | |
| Defendant. | |

## **MOTION FOR ADMISSION *PRO HAC VICE* OF DALE E. HO, T. ALORA THOMAS, AND JONATHAN TOPAZ**

Pursuant to Local Civil Rule 83.3(e) of the Rules of the United States District Court for the Southern District of Ohio, I hereby move the admission, *pro hac vice*, of Dale Ho, Alora Thomas, and Jonathan Topaz of the American Civil Liberties Union Foundation Inc., as additional counsel for Plaintiffs in this case. A Certificate of Good Standing for each attorney from the New York Supreme Court, Appellate Division, First Judicial Department is submitted in support of this Motion.

Mr. Ho, Ms. Thomas, and Mr. Topaz understand that, unless expressly excused, they must each register for electronic filing with the Court promptly upon the granting of this Motion. This Motion is accompanied by the required filing fees.

Dale E. Ho's relevant identifying information is a follows:

Business address: 125 Broad Street 18th Floor, New York, NY 10004
Business telephone: 212-549-2500

Business e-mail address: dho@aclu.org

    Alora Thomas's relevant identifying information is a follows:

Business address: 125 Broad Street 18th Floor, New York, NY 10004
Business telephone: 212-549-2500
Business e-mail address: athomas@aclu.org

    Jonathan Topaz's relevant identifying information is a follows:

Business address: 125 Broad Street 18th Floor, New York, NY 10004
Business telephone: 212-549-2500
Business e-mail address: jtopaz@aclu.org

Dated: August 19, 2020                              Respectfully submitted,

                                                                                /s/ Freda Levenson

                                                           Freda Levenson (0045916)
                                                           ACLU of Ohio Foundation
                                                           4506 Chester Avenue
                                                           Cleveland, OH 44103
                                                           Phone: 614-586-1969
                                                           Fax: 614-586-1974
                                                           flevenson@acluohio.org

**CERTIFCATE OF SERVICE**

I certify that the foregoing was filed this 19th day of August, 2020 through the Court's Electronic Filing System. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Freda Levenson