UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

League of Women Voters of Ohio, *et al.*,

        Plaintiffs,

v.

Frank LaRose,

        Defendant.

Case No. 2:20–cv–3843
Judge Michael H. Watson
Magistrate Judge Jolson

## ORDER

Pursuant to the telephone conference conducted on August 31, 2020, the Court enters the following deadlines:

- **August 31, 2020** – Plaintiffs' response to Motion to Intervene
- **September 3, 2020** – Intervenors' reply in support of Motion to Intervene
- **September 11, 2020** – Defendant's response to motion for preliminary injunction
- **September 14, 2020** – Plaintiff's reply in support of motion for preliminary injunction

The parties have indicated that they disagree over the timing and scope of discovery that needs to take place to permit Defendant's response to the motion for a preliminary injunction. As the Court indicated on the telephone conference, the parties are expected to meet and confer to resolve these issues within the time limits established above. If Plaintiffs are unable to produce necessary

witnesses for depositions in sufficient time to allow Defendant to respond, the parties are to notify the Court as soon as possible so the briefing deadlines can be modified.

**IT IS SO ORDERED.**

*/s/Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**