IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS et. al., | : |
| | : |
| Plaintiffs, | : CASE NO. 20-cv-3843 |
| | : |
| v. | : JUDGE WATSON |
| | : |
| FRANK, LaROSE | : |
| | : |
| Defendant. | : |

## MOTION TO WITHDRAW COUNSEL FOR
## DEFENDANT SECRETARY OF STATE FRANK LAROSE

Now comes Attorney Brandi Laser Seskes (0077648) and moves the Court to withdraw her as counsel in this matter due to a change in employment that renders her ineligible to continue representing State parties.

Assistant Attorneys General Julie M. Pfeiffer and Ann Yackshaw remain as lead and trial counsel and co-counsel respectively on behalf of Defendant Secretary of State Frank LaRose in this matter.

Respectfully submitted,

*/s/ Brandi Laser Seskes*
BRANDI LASER SESKES (0077648)

*Withdrawing Counsel for Defendant*
*Ohio Secretary of State Frank LaRose*

DAVE YOST
Ohio Attorney General

*/s/ Julie M. Pfeiffer*
JULIE M. PFEIFFER (0069762)*
    **Counsel of Record*
ANN YACKSHAW (0090623)
Assistant Attorneys General

Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: (614) 466-2872; Fax: (614) 728-7592
Julie.pfeiffer@ohioattorneygeneral.gov
Ann.Yackshaw@ohioattorneygeneral.gov

*Counsel for Defendant*
*Ohio Secretary of State Frank LaRose*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2021, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Julie M. Pfeiffer*
JULIE M. PFEIFFER (0069762)*
Assistant Attorney General

1