IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **LEAGUE OF WOMEN VOTERS OF OHIO, A. PHILIP RANDOLPH INSTITUTE OF OHIO, GEORGE W. MANGENI, and CAROLYN E. CAMPBELL,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**FRANK LAROSE, in his official capacity as Secretary of State of Ohio,**<br><br>**Defendant,**<br><br>**DONALD J. TRUMP FOR PRESIDENT, INC., THE OHIO REPUBLICAN PARTY, THE REPUBLICAN NATIONAL COMMITTEE, and THE NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE,**<br><br>**Intervenor-Defendants.** | CASE NO. 20-cv-3843-MHW-KAJ<br><br>JUDGE MICHAEL WATSON<br><br>MAGISTRATE JUDGE KIMBERLY JOLSON |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for all parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims asserted in this action are hereby dismissed without prejudice.

-2-

SO AGREED AND STIPULATED

Dated: May  20 2021

AGREED TO:

| | |
|---|---|
| /s/    Freda J. Levenson | /s/    Julie M. Pfeiffer |
| FREDA J LEVENSON | JULIE M PFEIFFER |
| *Lead Counsel* | *Lead Counsel* |
| ACLU of Ohio | ANN YACKSHAW |
| 4506 Chester Avenue | Ohio Attorney General's Office |
| Cleveland, OH 44103 | Constitutional Offices Section |
| Tel: 614-586-1959 | 30 E. Broad Street, 16th Floor |
| Fax: 216-472-2210 | Columbus, OH 43215 |
| flevenson@acluohio.org | Tel: 614-466-2872 |
| | Fax: 614-728-7592 |
| *Counsel For Plaintiffs* | Julie.Pfeiffer@ohioattorneygeneral.gov |
| *League of Women Voters, A. Philip Randolph Institute of Ohio, George W. Mangeni, and Carolyn E. Campbell* | Ann.Yackshaw@ohioattorneygeneral.gov |
| | *Counsel for Defendant Frank LaRose in his capacity as Secretary of State* |

/s/    Edward Carter
EDWARD CARTER
*Lead Counsel*
325 John McConnell Blvd.
Suite 600
Columbus, OH 43215
Tel: 614-281-3906
Fax: 614-461-4198
Email: emcarter@jonesday.com

*Counsel for Intervenor Defendants Republican National Committee, National Republican Congressional Committee, Ohio Republican Party, Donald J. Trump for President, Inc.*

## CERTIFICATE OF SERVICE

I certify that on May 20, 2021, I filed the foregoing electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Freda J. Levenson*
Freda J. Levenson (0045916)
Attorney for Plaintiffs
